## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| **HOWARD PRETENDS EAGLE,** | |
| **Plaintiff,** | |
| **v.** | **Civ. 06-5072-KES** |
| **SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and FIRST NATIONS COMPENSATION PLAN, INC.,** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
## PLAINTIFF'S COMPLAINT AND FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate that all Counts and claims that were or could have been alleged in Plaintiff's Complaint and First Amended Complaint shall hereby be dismissed, without prejudice, with each party to bear its own costs and attorney fees. This stipulation does not affect plaintiff's rights to continued benefits under the policy, a matter not before the Court.

Dated:  June __8__ , 2007.

James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD  57702
(605) 341-4400

-and-

Michael Abourezk
Abourezk Law Firm
PO Box 9460
Rapid City, SD  57709
(605) 342-0097

By:_____
      James D. Leach

Dated: June _8_, 2007.

**ATTORNEYS FOR PLAINTIFF**

GUNDERSON, PALMER, GOODSELL
& NELSON, LLP

By: _____

    J. Crisman Palmer
    Jason M. Smiley
    PO Box 8045
    Rapid City, SD  57709
    Telephone:  605 342 1078

-and-

Mark K. Blongewicz, OBA #889
Anthony J. Jorgenson, OBA #17074
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK  74103-3708
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  mblongewicz@hallestill.com

**ATTORNEYS FOR DEFENDANTS,
SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC. AND FIRST
NATIONS COMPENSATION PLAN,
INC.**