UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
JUN 1 1 2007
CLERK

| | |
|---|---|
| HOWARD PRETENDS EAGLE,<br><br>Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and FIRST NATIONS COMPENSATION PLAN, INC.,<br><br>Defendants. | Civ. 06-5072-KES<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation for Dismissal entered into by the parties, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the captioned action including plaintiff's Complaint and First Amended Complaint shall hereby be dismissed, without prejudice, with each party to bear its own costs and attorney fees.

This Order of Dismissal does not affect plaintiff's rights to continued benefits under the policy, a matter not before the Court.

Dated this 11 day of June, 2007.

BY THE COURT:

_____
Honorable Karen E. Schreier
Chief Judge