UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
NOV 14 2007
CLERK

| | |
|---|---|
| **HOWARD PRETENDS EAGLE,** | |
| Plaintiff, | |
| v. | Civ. 06-5072-KES |
| **SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.** and **FIRST NATIONS COMPENSATION PLAN, INC.,** | ORDER OF DISMISSAL |
| Defendants. | |

Pursuant to the Stipulation for Dismissal entered into by the parties, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the captioned action including plaintiff's Complaint and First Amended Complaint shall hereby be dismissed, with prejudice, with each party to bear its own costs and attorney fees.

This Order of Dismissal does not affect plaintiff's rights to continued benefits under the policy, a matter not before the Court.

Dated this _14_ day of _November_, 2007.

BY THE COURT:

_Karen E. Schreier_
Honorable Karen E. Schreier
Chief Judge